Jill THOMPSON and Mark Thompson,
Plaintiffs/Appellants,

v.

Jerry KLENKE, et al., Defendants/Third
Party Plaintiffs/Respondents,

v.

Richard JACKMAN and Betty Jo
Jackman, Third Party De-
fendants/Appellants.

No. 69145.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 31, 1996.

Sally Austin Mills, G. William Wynne,
Clayton, for appellants.

Robert E. Jones, Catherine M. Vale, Clay-
ton, for respondents.

Before CRAHAN, P.J., and GRIMM and
HOFF, JJ.

### ORDER

PER CURIAM.

In this quiet title action, plaintiffs and
third party defendants appeal from a judg-
ment entered in favor of defendants. The
trial court quieted title by establishing the
"Elbring line" as the dividing line.

No jurisprudential purpose would be
served by a written opinion. However, the
parties have been furnished with a memoran-
dum opinion for their information only, set-
ting forth the facts and reasons for this
order.

The judgment is affirmed pursuant to Rule
84.16(b).

Kimberly S. STRYKER, Appellant,

v.

Kathleen M. KUNKLER, Respondent.

No. WD 52753.

Missouri Court of Appeals,
Western District.

Jan. 14, 1997.

Denise M. Anderson, Kansas City, for ap-
pellant.

Joel B. Laner, Kansas City, for respon-
dent.

Before LOWENSTEIN, P.J., and
BERREY and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Appeal from judgment in favor of Respon-
dent and against Appellant.

Affirmed. Rule 84.16(b).